# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. STEVENSON,<br>     Plaintiff,<br>  v.<br>KATHLEEN HOLLAND, et al.,<br>     Defendants.    / | Case No. 1:16-cv-01831-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

**ORDER**

Plaintiff Douglas J. Stevenson filed a complaint on December 6, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 3.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:  **December 6, 2016**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE