# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. STEVENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN HOLLAND; SERGEANT FOSTER; M. CROTTY (Badge #68392); R. VALVERDE; J. DUNNAHOE (Badge # 65127); V. WHITE (Badge # 49772); A. CANTU (Badge # 69227) (ID #1566966); C. GONZALES (Badge #76929); ALOMORI; JACKSON; RONNIE FRYE; and DOES 1-100,<br><br>    Defendants.    / | Case No. 1:16-cv-01831-AWI-SKO<br><br>**ORDER DIRECTING CLERK TO SEND SERVICE DOCUMENTS TO PLAINTIFF AND DIRECTING SERVICE BY THE U.S. MARSHAL** |

Plaintiff Douglas J. Stevenson filed a complaint on December 6, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 3.) Plaintiff's application to proceed *in forma pauperis* was granted on December 7, 2016. (Doc. 4.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to issue a summons for each defendant listed above, and to send Plaintiff a USM-285 form and an instruction sheet;

2. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon Defendants as directed by Plaintiff;

3. Plaintiff's time in which to serve Defendants is hereby EXTENDED to ninety (90) days of the date of issuance of the summonses; and

4. Plaintiff's "Request for Order to Clerk to Issue Summons and New Case Initiating Documents, and to Re-Set Time for Service of Process" (Doc. 5) is hereby DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **February 10, 2017**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE