UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,**<br><br>Plaintiff,<br><br>v.<br><br>**K. HOLLAND, et al.,**<br><br>Defendants. | Case No. 1:16-CV-01831-AWI-JLT<br><br>[~~PROPOSED~~] ORDER ON STIPULATION AND REQUEST TO CONTINUE DISCOVERY AND MOTION DEADLINES PENDING MEDIATION |

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS** the scheduling order to be amended as follows[1]:

1. All non-expert discovery **SHALL** be completed **no later than May 14, 2019**, and all expert discovery **no later than August 12, 2019**;

2. The parties **SHALL** disclose all expert witnesses **no later than June 14, 2019**, and to disclose all rebuttal experts **no later than July 12, 2019**;

3. Non-dispositive motions, if any, **SHALL** be filed **no later than September 2, 2019**, and heard **no later than September 30, 2019**;

4. Dispositive motions, if any, **SHALL** be filed **no later than October 4, 2019**, and heard **no later than November 18, 2019** at 8:30 a.m;

---

[1] Some of the dates proposed by counsel are not workable for the Court due to inadequate or excessive intervals between deadlines. Thus, the Court has substituted some dates for those proposed and, to grant the stipulation has been forced to move the pretrial conference and the trial date.

1

5. The pretrial conference is **CONTINUED** to **January 7, 2020** at 8:30 a.m.;

6. The trial is **CONTINUED** to **March 3, 2020** at 8:30 a.m.

IT IS SO ORDERED.

Dated: **March 13, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE