# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,** | Case No. 1:16-cv-01831-AWI-JLT |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION AND REQUEST TO CONTINUE NON-EXPERT DISCOVERY DEADLINE** |
| v. | |
| **K. HOLLAND, et al.,** | **(Doc. 56)** |
| Defendants. | |

In light of the Parties Stipulation and Request to Continue Non-Expert Discovery Deadline, and upon good cause shown, the Court GRANTS the Stipulation and ORDERS that the non-expert discovery deadline is continued from May 14, 2019 to May 21, 2019 for the purpose of conducting the depositions of defendants Crotty and Foster.

IT IS SO ORDERED.

Dated: **May 19, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE