UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,** | Case No. CV 16-01831-AWI-JLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR IN CAMERA REVIEW** |
| v. | **(Doc. 57)** |
| **K. HOLLAND, et al.,** | |
| Defendants. | |

In light of the Parties' Stipulation and Request to Lodge Confidential/Privileged Records for In Camera Review, and upon good cause shown, the Court GRANTS the Stipulation and ORDERS that Defendants shall lodge for the Court's *in camera* review the records marked CONFID 171 through 700 within two court days of this order.

IT IS SO ORDERED.

Dated: __**May 19, 2019**__         __/s/ Jennifer L. Thurston__
                                                  UNITED STATES MAGISTRATE JUDGE