UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,** | Case No. CV 16-01831-AWI-JLT |
| Plaintiff, | **[~~PROPOSED~~] ORDER ON STIPULATION AND REQUEST TO CONTINUE EXPERT DISCLOSURE DEADLINES** |
| **v.** | |
| **K. HOLLAND, et al.,** | **(Doc. 61)** |
| Defendants. | |

In light of the Parties' Stipulation and Request to Continue Expert Disclosure Deadlines and upon good cause shown, the Court GRANTS the Stipulation and ORDERS that: the deadline to disclose all expert witnesses is continued from June 14, 2019 to June 21, 2019, and the deadline to disclose rebuttal experts is continued from July 12, 2019 to July 19, 2019.

IT IS SO ORDERED.

Dated:  __June 12, 2019__                       _____/s/ Jennifer L. Thurston__
                                                                  UNITED STATES MAGISTRATE JUDGE