UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,** | Case No. 1:16-cv-01831-AWI-JLT |
| Plaintiff, | **ORDER AFTER IN CAMERA REVIEW** |
| v. | **(Doc. 57)** |
| **K. HOLLAND, et al.,** | |
| Defendants. | |

At the request of counsel, the Court has conducted an in camera review of documents produced to the Court, which are responsive to production requests. The Court will order production of some of the records. In doing so, the Court makes no comment as to the admissibility of these documents nor does it make any finding that the privileges asserted may not be asserted at trial.

The Court **ORDERS** the defendants to disclose the following redacted[1] documents:

1. Documents with Bates numbers 250-287, 327-338, 386-423, 427-428, 442, 444, 455

Despite its earlier order, the Court DECLINES to maintain the records that it has not ordered to be disclosed. Rather, the defense SHALL maintain them and produce them, if ordered,

---

[1] Redaction should occur to obliterate the personal identifiers of witnesses and complainants as well as the identifiers of other involved correctional staff.

for purposes of appeal.

IT IS SO ORDERED.

    Dated: **June 12, 2019**                              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE