UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS J. STEVENSON, | Case No. CV 16-01831-AWI-JLT |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION AND REQUEST TO CONTINUE EXPERT DISCOVERY DEADLINE |
| v. | |
| K. HOLLAND, et al., | (Doc. 64) |
| Defendants. | |

Based on the stipulation of the parties, the Court GRANTS the Stipulation and ORDERS that the deadline to complete all expert discovery is continued from August 12, 2019 to September 3, 2019. **The Court will not entertain any further requests to amend the case schedule**.

IT IS SO ORDERED.

Dated:   **August 13, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1