# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. STEVENSON,<br><br>        Plaintiff,<br><br>   v.<br><br>K. HOLLAND, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01831 AWI JLT<br><br>ORDER RECLASSIFYING CASE |

Mr. Stevenson asserts his civil rights were violated while he was incarcerated. The defendants in this action individuals employed by the California Department of Corrections and Rehabilitation. Therefore, the Court **ORDERS** the matter reclassified as a "prisoner action." Despite this, the requirements of Local Rules 230(l), 240(c)(8) and 271(a)(2) **SHALL NOT** apply.

IT IS SO ORDERED.

   Dated:   **August 27, 2019**                 **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE