1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   **DOUGLAS J. STEVENSON,**                    Case No. 1:16-cv-01831-AWI-JLT

12              Plaintiff,                          **ORDER AFTER INFORMAL**
                                                    **TELEPHONIC CONFERENCE**
13              **v.**
                                                    **(Doc. 66)**
14   **K. HOLLAND, et al.,**

15              Defendants.

16

17         The Court held an informal telephone conference regarding discovery disputes[1]. (Doc. 66)

18   Before the conference, defense counsel agreed to produce the full evidence log for the videotape

19   of the interview of plaintiff taken on December 7, 2012. There was no agreement as to any other

20   issue.  Thus, the Court authorized plaintiff to file his motion to compel.

21         The motion to compel SHALL comply with Local Rule 251(c).  Failure to do so will result

22   in the Court dropping the matter from calendar.

23
     IT IS SO ORDERED.
24

25     Dated:   __**August 27, 2019**__            _____**/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28
     _____
     [1] As an aside, the Court notes that the dispute regarding the bulk of these items has existed since November
     2018.  Thus, if the plaintiff decides to pursue a motion to compel, he SHALL discuss the timeliness of the motion.