UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,**<br><br>Plaintiff,<br><br>v.<br><br>**K. HOLLAND, et al.,**<br><br>Defendants. | Case No. 1:16-cv-01831-AWI-JLT[1]<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION AND REQUEST TO MODIFY DISPOSITIVE PRE-TRIAL MOTION FILING DEADLINE<br><br>(Doc. 72) |

The defense has sought to have the Court extend the deadline to file dispositive motions for an immaterial period—10 days. The plaintiff has not responded to the request and the Court sees no prejudice to him by extending the deadline. Thus, the Court **ORDERS**:

1. Any dispositive motions **SHALL** be filed **no later October 14, 2019** and heard **no later than November 25, 2019**.

IT IS SO ORDERED.

Dated: __September 23, 2019__         _____/s/ Jennifer L. Thurston_____
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] In their proposed order, counsel failed to list the entire case number and failed to format it properly. They are advised that the are required to use the correct case number, that includes all of the information, and formatted properly. Failure to do so could result in their filings and orders on their filings being delayed.