# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. STEVENSON, <br><br>  Plaintiff, <br><br> v. <br><br> K. HOLLAND, et al., <br><br>  Defendants. | Case No.: 1:16-cv-01831- AWI-JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION AS TO DEFENDANT "K. HOLLAND" AND DIRECTING THE CLERK TO UPDATE THE DOCKET <br><br> (Doc. 32) |

On March 8, 2018, Plaintiff notified the Court of his intent to proceed on claims previously found cognizable in the First Amended Complaint. (Doc. 32) Plaintiff also indicated he was dismissing the remaining claim against Holland without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civl Procedure, and requested only the "remaining named defendants answer the First Amended Complaint." (*Id.* at 2)

Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not filed an answer or summary judgment, the claim against Holland was automatically terminated. *Id.*

///
///
///

Based upon Plaintiff's Rule 41 notice of dismissal, the Clerk of Court is **DIRECTED** to close this action only as to Defendant "K. Holland," and update the docket.

IT IS SO ORDERED.

Dated: **September 24, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE