UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,**<br><br>Plaintiff,<br><br>v.<br><br>**K. HOLLAND, et al.,**<br><br>Defendants. | Case No. 1:16-cv-01831-AWI-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE**<br>**(Doc. 91)** |

The parties have stipulated to continue the settlement conference because they do not believe the case is in a settlement posture. Thus, the Court **ORDERS**:

1. The stipulation is GRANTED. The Settlement Conference is continued to February 3, 2020 at 9:00 a.m. The Parties shall comply with the Court's Scheduling Order (Doc. 43) and filed updated settlement conference statements at least one week before the conference.

IT IS SO ORDERED.

Dated: __**December 3, 2019**__   _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE