# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DOUGLAS J. STEVENSON,

        Plaintiff,

    v.

K. HOLLAND, et al.,

        Defendants.

**Case No. 1:16-cv-1831 AWI JLT (PC)**

**ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM TO TRANSPORT
MARIO MOLINA, CDCR # G15562, WITNESS**

    **Mario Molina**, **CDCR #G15562** , a necessary and material witness for the civil jury trial in proceedings in this case on March 3, 2020, is confined at SAFT-CSP, Corcoran, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #2,  8th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on March 3, 2020, at  8:30 a.m.

**ACCORDINGLY, IT IS ORDERED** that**:**

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of SAFT-CSP, Corcoran**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.
    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ



IT IS SO ORDERED.

Dated:  __**February 10, 2020**__      _____ **/s/ Jennifer L. Thurston**_____
                         UNITED STATES MAGISTRATE JUDGE