UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS JEROME STEVENSON,**<br>**Plaintiff,**<br>v.<br>**K. HOLLAND, et al.,**<br>**Defendants.** | **CASE NO. 1:16-cv-01831-AWI-JLT**<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SECOND SUPPLEMENTAL REPLY**<br><br>(Doc. No. 187) |

Plaintiff Douglas Stevenson has filed a request for leave to file a second supplemental reply to Defendants' Supplemental Briefing in Support of Defendants' Motion in Limine No. 3. Doc. No. 187. Plaintiff's proposed second supplemental reply—which is attached to his request—is outside the timing and scope of the supplemental briefing schedule that this Court imposed on November 23, 2020. Doc. No. 179. Plaintiff acknowledges as much, and attributes the delay in his proposed supplemental briefing to counsel's efforts to secure by mail a certified copy of the docket in his state criminal case pursuant to the state trial court's procedure. The Court will grant Plaintiff's request, finding that he has shown good cause and diligence in presenting his additional supplemental briefing. Defendants will also be granted leave to file a response to Plaintiff's second supplemental reply, if they desire to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (Doc. No. 187) is GRANTED, and his second supplemental reply and its exhibits and declaration of counsel are deemed filed as of February 1, 2021;

2. If any response is to be made, Defendants shall FILE their response to Plaintiff's second supplemental reply on or before February 16, 2021;

3. The status conference hearing set for February 8, 2021, shall be RESET for February 22, 2021, at 2:00 p.m. The parties are instructed to use the dial-in number and access code provided in the Court's January 27, 2021 minute order (Doc. No. 186).

IT IS SO ORDERED.

Dated: February 2, 2021

SENIOR DISTRICT JUDGE