IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. STEVENSON,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**K. HOLLAND, et al.,**<br><br>                                    Defendants. | 1:16-cv-01831-AWI-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE DEADLINES FOR SUBMISSION OF TRIAL DATES**<br><br>Date:         November 1, 2021<br>Judge:        The Honorable Anthony Ishii<br>Trial Date:   None Set<br>Action Filed: December 6, 2016 |

Having read and considered the Stipulation and Request to Continue Deadlines for Submission of Trial Dates ["Stipulation"] filed by Plaintiff Douglas Stevenson and Defendants A. Cantu, M. Crotty, and C. Gonzales (collectively, "Parties"), the Parties' Stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.   Defense counsel shall submit to the Court a letter containing trial counsel's prospective trial schedule and information regarding any other foreseen, trial-affecting commitments of counsel and/or key witnesses by end of day on November 12, 2021.

///

1

2. Plaintiff's counsel may submit a response, if any, by end of day on November 19, 2021

IT IS SO ORDERED.

Dated:   November 3, 2021                              _____
                                                                                    SENIOR DISTRICT JUDGE