LAURIE WILMORE
State Bar Number 162610
P.O. Box 1466
4768 Soquel Drive #1466 (Fed Ex/UPS)
Soquel, CA 95073
PHONE  (650) 867-3546
EMAIL:  lwilmore@rocketmail.com

MEREDITH FAHN
State Bar Number 154467
1702-L Meridian Ave. #151
San Jose, CA  95125
PHONE  (408) 947-1512
EMAIL: fahn@sbcglobal.net

Attorneys for Plaintiff (Limited Representation, per ECF #223)
Douglas Stevenson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOUGLAS JEROME STEVENSON, | 16-CV-01831-AWI |
| Plaintiff, | **[Proposed] Order Granting Request to Seal Document** <br> **(Re: "Confidential Material" to be turned over to Plaintiff in Pro Se)** |
| v. | |
| K. HOLLAND et. al., | Judge: Honorable Anthony W. Ishii |
| Defendants. | |

Plaintiff Douglas J. Stevenson has requested authorization to file Under Seal material that is the subject of the parties' dispute as to what constitutes "Confidential Material" within the meaning of the Stipulated Protective Order, ECF No. 48. The Court has ordered the parties to file informal letter briefs that set forth their respective positions, with a detailed listing of each specific item contended

1

to be at issue. (ECF #222, #223.) Plaintiff has omitted such arguably "Confidential Material" from the publicly filed version of his Letter re: Regarding Documents Designated as Confidential, and he requests that these omitted items be filed Under Seal. Plaintiff's request is **GRANTED**.

It is hereby ORDERED that Plaintiff's counsel is authorized to file the following item Under Seal in a manner provided by Local Rule 141(e)(2)(i):

1. An unredacted version of Plaintiff's Letter re: Regarding Documents Designated as Confidential (corresponds with ECF No. 224) (12 pp.).

IT IS SO ORDERED.

Dated:  March 1, 2022               _____
                                    SENIOR DISTRICT JUDGE