LAURIE WILMORE
State Bar Number 162610
P.O. Box 1466
4768 Soquel Drive #1466 (Fed Ex/UPS)
Soquel, CA 95073
PHONE  (650) 867-3546
EMAIL:  lwilmore@rocketmail.com

MEREDITH FAHN
State Bar Number 154467
1702-L Meridian Ave. #151
San Jose, CA  95125
PHONE  (408) 947-1512
EMAIL: fahn@sbcglobal.net

Attorneys for Plaintiff
Douglas Stevenson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOUGLAS JEROME STEVENSON,<br><br>  Plaintiff,<br><br>  v.<br><br>K. HOLLAND et. al.,<br><br>  Defendants. | CIV16-01831 AWI -BAK<br><br>**[Proposed] Order Relieving Laurie Wilmore & Meredith Fahn as Plaintiff's Counsel**<br><br>(Doc. No. 234) |

Based on a showing that the confidential document transfer has been completed, Laurie Wilmore and Meredith Fahn are hereby relieved as counsel for Plaintiff Douglas Stevenson.

IT IS SO ORDERED.

Dated:  March 18, 2022                          _____
                                                                          SENIOR  DISTRICT  JUDGE