# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. STEVENSON,<br><br>Plaintiff,<br><br>v.<br><br>K. HOLLAND, et al.,<br><br>Defendant. | CASE NO. 1:16-CV-01831-AWI-BAK<br><br>**ORDER DENYING AS MOOT MOTION IN LIMINE TO EXCLUDE TESTIMONY OF LAURIE WILMORE**<br><br>(Doc. No. 252) |

On July 29, 2022, Defendants M. Crotty, A. Cantu and C. Gonzales brought a motion in limine to exclude the testimony of Plaintiff Douglas Stevenson's witness, Laurie Wilmore, at trial. Doc. No. 252. Plaintiff represented to the Court at the Trial Confirmation Hearing on September 19, 2022, see Doc. No. 255, that he does not intend to call Ms. Wilmore as a witness at trial.

Defendants' motion is therefore DENIED as moot.

IT IS SO ORDERED.

Dated:   October 3, 2022                               _____
                                                      SENIOR DISTRICT JUDGE